IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEVIN DEON SHARP, | ) | 1:07-CV-00291-LJO-WMW-P |
| Plaintiff, | ) ) | ORDER TO SUBMIT CERTIFIED COPY OF PRISON TRUST ACCOUNT |
| vs. | ) ) | STATEMENT **OR** PAY FILING FEE |
| CALIFORNIA DEPT. OF CORRECTIONS, et al., | ) ) ) | |
| Defendants. | ) ) | |

       Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a certified copy of his trust account statement in support of his request to proceed in forma pauperis, **or** pay the $350.00 filing fee.

       In accordance with the above, IT IS HEREBY ORDERED that within thirty days of the date of service of this order, plaintiff shall submit a certified copy of his prison trust

account statement for the six month period immediately preceding the filing of the complaint, or in the alternative, pay the $350.00 filing fee for this action. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:     March 29, 2007              /s/  **William M. Wunderlich**
j14hj0                              UNITED STATES MAGISTRATE JUDGE